## A96A1238. SMITH v. THE STATE.
(492 SE2d 353)

Judge Harold R. Banke.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Smith v. State*, 268 Ga. 196 (486 SE2d 819) (1997), our decision in *Smith v. State*, 222 Ga. App. 412, 413 (2) (474 SE2d 291) (1996), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Birdsong, P. J., and Blackburn, J., concur.*

DECIDED AUGUST 22, 1997.

*Lettie E. Lane*, for appellant.

*Fredric D. Bright, District Attorney, Stephen A. Bradley, Assistant District Attorney*, for appellee.